UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LENA HEDENGREN, an individual

    Plaintiff,

v.                                    Case No:  2:14-cv-333-FtM-38DNF

ESTERO FIRE RESCUE and
SCOTT VANDERBROOK,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Defendants' Unopposed Motion to Substitute Mediators and Notice of Scheduling Mediation (Doc. #30) filed on February 19, 2015. The parties wish to substitute the mediator so that Robin Doyle is the new mediator in this case. The parties also agree to mediate on April 10, 2015. Upon consideration, the court will grant the parties' request.

Accordingly, it is now

**ORDERED:**

Defendants' Unopposed Motion to Substitute Mediators and Notice of Scheduling Mediation (Doc. #30) is **GRANTED**. The parties will mediate on April 10, 2015, with Robin

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Doyle, Esq. at the Estero Fire Rescue Administration Office in Estero, Florida. In light of this Order, the Clerk is directed to make all appropriate changes to the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record